IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


ROBERT D. ABRAMS,

　　　　　Appellant,

v.　　　　　　　　　　　　　　　　　Case No.　5D22-1559
　　　　　　　　　　　　　　　　　　LT Case No. 2008-CF-000963-A

STATE OF FLORIDA,

　　　　　Appellee.

_____/

Opinion filed December 2, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melissa Souto , Judge.

Robert D. Abrams, Crestview, pro se.

No Appearance for Appellee.


PER CURIAM.

　　　　This Court previously affirmed the trial court's order denying
Appellant's motion for postconviction relief in Seminole County Circuit Court
Case Number 2008-CF-000963-A.　Because it appears that Appellant's
postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant
is cautioned that any further similarly inappropriate pro se filings in this Court

asserting claims stemming from Seminole County Circuit Court Case Number 2008-CF-000963-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.